IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DIANNE TAYLOR**                                                         **PLAINTIFF**

v.                        Case No. 4:12-cv-00024-KGB

**JOHN THEIS, as Director
of the Arkansas Department of
Finance and Administration,
AMY VALENTINE, individually,
and CARLA WOOLEY, individually**                   **DEFENDANTS**

## ORDER

The Court hereby orders plaintiff Dianne Taylor to file a status report with the Court on or before Friday, August 16, 2013.

SO ORDERED this 7th day of August, 2013.

_____
Kristine G. Baker
United States District Judge