IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DIANNE TAYLOR**                                                                   **PLAINTIFF**

v.                       Case No. 4:12-cv-00024-KGB

**JOHN THEIS, as Director**
**of the Arkansas Department of**
**Finance and Administration,**
**AMY VALENTINE, individually,**
**and CARLA WOOLEY, individually**                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this 20th day of November, 2013.

_____
Kristine G. Baker
United States District Judge